Núm. 8284.—Pabón, aplda. *v.* Sucn. Márquez et al., apltes.—
Diciembre 6, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, en el presente caso la corte inferior dictó sentencia a favor de la demandante el 18 de julio de 1940, la que fué notificada a varios de los demandados en esa misma fecha y al resto de ellos mediante edictos, radicándose en 23 de septiembre de 1940 escrito de apelación para ante este Tribunal;

Por cuanto, desde la fecha últimamente indicada los apelantes, conforme aparece de la certificación del Secretario de la corte inferior, no han radicado transcripción de evidencia ni solicitado prórroga para presentarla, ni han remitido a este Tribunal la transcripción de autos;

Por cuanto, la apelada ha solicitado la desestimación del recurso por abandono;

Por cuanto, señalada la vista de dicha moción no comparecieron la apelada ni tampoco los apelantes a sostener su recurso;

Por tanto, vistos los autos de este caso y la aludida certificación que se acompaña, se declara con lugar la moción de la demandante apelada y en su consecuencia se desestima el recurso por abandono.